

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-15-00018-CR

Charles Anthony **LHERAULT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR10281
Honorable Mary D. Roman, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the AFFIRM the trial court's judgment.

SIGNED September 30, 2015.

_____
Jason Pulliam, Justice